Kathryn Tassinari
Robert A. Baron
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette Street
Eugene, OR 97401
(541) 686-1969
kathrynt50@comcast.net
Of Attorneys for the Plaintiff

FILED'09 JUL 02 14:09 USDC-ORP

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JOSEPH A. JAMES,<br><br>      Plaintiff,<br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner, Social Security<br>Administration,<br><br>      Defendant. | Civil No. 08-6134-BR<br><br>ORDER FOR PAYMENT OF ATTORNEY FEES, LEGAL ASSISTANT FEES AND COSTS PURSUANT TO EAJA 28 U.S.C § 2412 AND 28 U.S.C. §1920 |

After considering the stipulated Motion submitted by the parties herein for entry of an order awarding plaintiff's attorney fees in the amount of $3,527.33, legal assistant fees in the amount of $2,025.00 and costs in the amount of $175.00, plaintiff's Motion for payment of fees and costs is hereby granted as full settlement of any and all claims for attorney and legal assistant fees under EAJA pursuant to 28 U.S.C. § 2412 and costs pursuant to 28 U.S.C. § 1920.

Attorney fees and legal assistant fees n the sum of $5,552.33 and costs in the sum of $175.00 are awarded to plaintiff, payable to plaintiff's attorney, Kathryn Tassinari of Harder, Wells, Baron & Manning, P.C.

IT IS SO ORDERED on this _2nd_ day of _July_, 2009.

_____
U.S. District Judge

PRESENTED BY:

By: __s/ Kathryn Tassinari__
    Kathryn Tassinari, OSB #80115
    Harder, Wells, Baron & Manning, P.C.
    Of Attorneys for Plaintiff

1 - ORDER FOR PAYMENT OF ATTORNEY FEES, LEGAL ASSISTANT FEES AND COSTS